PeaesoN, J.
 

 But for the reservation of a life estate to the widow in the negro girl Hannah, beyond all question, the cross limitation, in the event of one of the daughter’s dying without a child, would extend, as well to the negroes as to the silver spoons. This circumstance, we think, is not enough to restrict the limitation, and confine its operation to the half dozen silver
 
 *142
 
 table spoons, and the dozen silver tea-spoons. The division could be made, subject to the life estate of the widow in one of the negroes, in the same way as land is divided among heirs at law — subject to the widow’s dower.
 

 This conclusion is confirmed by the fact that in the clause, next preceeding, the testator gives to his three sons, the plantation on which he lives, and the grist mill, subject to a life-estate of the widow in one-third of the plantation, and one-third of the grist mill, and notwithstanding this .reservation, makes a cross limitation in the event that either of his sons should die under age. We think the daughters took the slaves subject to the limitation over.
 

 Pee Cubiam. Judgment reversed and judgment for the plaintiff according to the case agreed.